# ROBERT SPIELMAN
ATTORNEY AT LAW
A PROFESSIONAL CORPORATION

February 19, 2018

Office of the Clerk
US Bankruptcy Court
197 S Main St
Wilkes Barre PA 18701

SUBJECT: Charles W Hummer Jr. and Patricia A Hummer
Case No 4:13-bk-00276

To Whom It May Concern:

Please note that the address of the above-referenced individual(s) has changed. The new address is as follows:

Charles W Hummer Jr.
Patricia A Hummer
15 Lone Hickory Ln
Danville, PA 17821

Please mark this change on your records.

Thank you.

Sincerely,

*/s/ ROBERT SPIELMAN*

Robert Spielman

29 EAST MAIN STREET SUITE D BLOOMSBURG PA 17815-1804 • 14 SPRUCE AVENUE WILKES BARRE PA 18705-2214
TELEPHONE 570-380-1072 • FAX 570-784-3429

Case 4:13-bk-00276-JJT    Doc 42    Filed 02/19/18    Entered 02/19/18 16:58:53    Desc
Main Document    Page 1 of 1