```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                           Case No. 13-00276-JJT
Charles W Hummer, Jr                                             Chapter 13
Patricia A Hummer
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-4          User: KADavis            Page 1 of 1            Date Rcvd: Jul 18, 2018
                              Form ID: fnldec          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2018.
db/jdb         +Charles W Hummer, Jr,   Patricia A Hummer,   15 Lone Hickory Ln,   Danville, PA 17821-6462

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2018                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Robert  Spielman    on behalf of Debtor 2 Patricia A Hummer bobspielman@yahoo.com,
               rssecty@yahoo.com
              Robert  Spielman    on behalf of Debtor 1 Charles W Hummer, Jr bobspielman@yahoo.com,
               rssecty@yahoo.com
              Thomas I Puleo    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee     ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Charles W Hummer Jr,<br>**Debtor 1**<br>Patricia A Hummer,<br>**Debtor 2** | Chapter 13<br><br>Case No. 4:13−bk−00276−JJT |

Social Security No.:

         xxx−xx−2241         xxx−xx−9045

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

        **Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: July 18, 2018

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: KADavis, Deputy Clerk

**fnldec** (05/18)